**Order filed, October 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00762-CV

_____

**TONY WOODY, Appellant**

**V.**

**MADELYN WOODY, Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 07-DCV-157762**

## ORDER

The reporter's record in this case was due **September 19, 2012**, 2012. *See* Tex. R. App. P. 35.1. On September 25, 2012, this court granted the court reporters request for extension of time to file the record until October 19, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Sylvia Thompson**, the official court reporter, to file the record in this appeal **on or before November 19, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Sylvia Thompson** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM